**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CLARENCE B. HICKMAN, Sr., | No. 13-17640 |
| Plaintiff - Appellant, | D.C. No. 3:13-cv-02147-EMC |
| v. | |
| COUNTY OF BUTTE; et al., | MEMORANDUM[*] |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the Northern District of California
Edward M. Chen, District Judge, Presiding

Submitted November 18, 2014[**]

Before:     LEAVY, FISHER, and N.R. SMITH, Circuit Judges.

Clarence B. Hickman, Sr. appeals pro se from the district court's judgment

dismissing his 42 U.S.C. § 1983 action without prejudice for Hickman's failure to

keep the district court informed of his current address, in violation of a local rule.

We review for an abuse of discretion, *Carey v. King*, 856 F.2d 1439, 1440 (9th Cir.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

1988) (per curiam), and we affirm.

The district court did not abuse its discretion in dismissing Hickman's action without prejudice where mail addressed to Hickman at the address he provided was returned as undeliverable. *See id.* at 1440-41 (reviewing dismissal following failure of plaintiff to keep court appraised of current address, as required by local rule, and finding no abuse of discretion).

**AFFIRMED.**